# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 726 MAL 2014

Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court

v. :

GLENN STEWART STITT, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.